J. B. OSBORNE, Movant, v. COMMONWEALTH of Kentucky, Opposed.

January 12, 1951.

Hiram H. Owens for movant.

A. E. Funk, Attorney General, and W. Owen Keller, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.